UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| TIMOTHY MCKINNEY, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:04-cv-0294-RLY-TAB |
| | ) | |
| ROBERT DUPLAIN, et al., | ) | |
|     Defendants. | ) | |

**ORDER ON PLAINTIFFS' OBJECTIONS TO UNITED STATES MAGISTRATE JUDGE TIM A. BAKER'S AUGUST 22, 2005 ORDER ON PLAINTIFFS' MOTION TO QUASH DEFENDANTS' SUBPOENA TO DECEDENT'S ESTATE AND FOR A PROTECTIVE ORDER**

On June 28, 2005, Defendants issued a subpoena to the Estate of Michael McKinney, seeking Plaintiffs' consent to the release of records of juvenile court adjudications concerning illegal consumption of alcohol by decedent Michael McKinney. On July 7, 2005, Plaintiffs filed a motion to quash the subpoena, which was denied by Magistrate Judge Baker in an order dated August 22, 2005. In the Order, he reasoned that (1) the Estate was in possession or control of the juvenile records pursuant to Indiana Code § 31-39-2-3, and (2) the requested records were relevant to the issue of whether Mr. McKinney's experience with alcohol rendered him capable of masking his level of intoxication from Officer Duplain. Plaintiffs now appeal that ruling.

28 U.S.C. § 636(b)(1) provides that a district court may reconsider a magistrate judge's determination in a pretrial matter "where it has been shown that the magistrate

1

judge's order is clearly erroneous or contrary to law." The court, having read and reviewed the parties' written submissions, Magistrate Judge Baker's ruling, and the applicable law, finds that his ruling is neither clearly erroneous nor contrary to law. This is not to say that Mr. McKinney's juvenile records will be admissible at trial; only that such records are discoverable under Rule 26 of the Federal Rules of Civil Procedure.

**SO ORDERED** this 14th day of September 2005.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Electronic Copies to:

Lester H. Cohen
DEFUR VORAN
lcohen@defur.com

Michelle Lynn Cooper
DEFUR VORAN LLP
mcooper@defur.com

Geoffrey Nels Fieger
FIEGER FIEGER KENNEY & JOHNSON
info@fiegerlaw.com

Robert M. Giroux Jr.
FIEGER FIEGER KENNEY & JOHNSON
info@fiegerlaw.com

John F. Kautzman
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jfk@rucklaw.com

Thomas R. Malapit
DENNIS WAGNER & ABRELL PC
malapit@dwapc.com

David M. Mattingly
ICE MILLER
david.mattingly@icemiller.com

Scott E. Shockley
DEFUR VORAN
sshockley@defur.com

Bradley L. Williams
ICE MILLER
williamb@icemiller.com